**Order filed March 8, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00738-CV
_____

## IN THE INTEREST OF J.J.S., A CHILD

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-01794J**

## O R D E R

A notice this court sent to appellant was returned to this court undelivered. That notice was sent to the same address as counsel's *Anders* brief. The court **ORDERS** that counsel, within **seven days** of this order: (1) provide appellant's last known address, if it is different than the one counsel provided contemporaneously with his *Anders* brief; and (2) inform this court if mail sent to that address has been returned to counsel.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.